# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ADENTA GMBH, DR. WOLFGANG HEISER,
and MR. CLAUS SCHENDELL,

                Plaintiffs,         Case No. 04-C-905

        v.

ORTHOARM INC. and AMERICAN
ORTHODONTICS CORPORATION,

                Defendants.

## OPINION AND ORDER

Based upon the proceedings at the hearing held on March 14, 2006, the the court ORDERS that Defendant American Orthodontics' "Motion for Leave to Be Heard Before Judgment Is Entered" (filed February 3, 2006) IS GRANTED in part, subject to the following conditions:

    1. On or before March 17, 2006, the movant American Orthodontics shall serve and file any exceptions to the proposed covenant not to sue.

    2. On or before March 22, 2006, the Plaintiffs shall serve and file a response to any exceptions.

    3. On or before March 27, 2006, the movant shall serve and file a reply.

    4. On or before March 29, 2006, the parties shall resubmit their final settlement agreement to the court.

    5. The hearing on this matter is continued until March 30, 2006, at 10:00 a.m.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 14th day of March, 2006.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge