# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ADENTA GMBH, DR. WOLFGANG HEISER,
and MR. CLAUS SCHENDELL,

      Plaintiffs,       Case No. 04-C-905

      v.

ORTHOARM INC. and AMERICAN
ORTHODONTICS CORPORATION,

      Defendants.

## OPINION AND ORDER

For the reasons explained at the hearing held on March 30, 2006, the court declares a mistrial in the trial of this matter which commenced on January 30, 2006.

IT IS FURTHER ORDERED that a new trial will commence at 9:30 a.m. on May 15, 2006.

IT IS FURTHER ORDERED that the Plaintiffs and each of the Defendants pay one-third of the costs incurred in providing a jury in the amount of $680.00 each on or before April 10, 2006, to the Clerk of this Court.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 30th day of March, 2006.

                        s/ Thomas J. Curran
                        Thomas J. Curran
                        United States District Judge

2