# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ADENTA GMBH, DR. WOLFGANG HEISER,
and MR. CLAUS SCHENDELL,

        Plaintiffs,        Case No. 04-C-905

    v.

ORTHOARM INC. and AMERICAN
ORTHODONTICS CORPORATION,

        Defendants.

## OPINION AND ORDER

The jury and the court having found for the Plaintiffs in this case, the court ORDERS that the Defendants' motion to dismiss made at the conclusion of the Plaintiffs' case-in-chief and renewed at the conclusion of the trial IS DENIED.

IT IS FURTHER ORDERED that the Plaintiffs' request for a declaratory judgment that this is an exceptional case IS DENIED. The court finds no clear and convincing evidence of unfairness, bad faith, inequitable conduct, vexatious litigation or any other exceptional circumstance.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 25th day of May, 2006.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge